CARTERET ACADEMY, INCORPORATED, APPELLANT, v. STATE BOARD OF TAX APPEALS ET AL., RESPONDENTS.

Submitted February 17, 1933—Decided April 27, 1933.

For the appellant, *Osborne, Cornish & Scheck.*

For the respondents, *Edward R. McGlynn.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 12.

*For reversal*—None.